THE PEOPLE *ex rel.* W. S. Stevenson, County Collector, Appellee, *vs.* THE CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY, Appellant.

*Opinion filed December 16, 1914.*

This case is controlled by the decision in *People* v. *Kankakee and Seneca Railroad Co.* 265 Ill. 497.

APPEAL from the County Court of Warren county; the Hon. L. E. MURPHY, Judge, presiding.

JOSEPH A. CONNELL, and WILLIAM D. BARGE, (CHESTER M. DAWES, of counsel,) for appellant.

JOSEPH N. THOMAS, State's Attorney, for appellee.

Mr. JUSTICE VICKERS delivered the opinion of the court:

This is an appeal from the judgment of the county court of Warren county overruling objections to that portion of the tax levied by the county board for State aid roads in 1913. Objections to other items of taxes were interposed and sustained and they are not involved in this appeal.

The objection to the tax for State aid roads raises the question of the power of the county board to levy a tax to pay the county's part of the construction of State aid roads. This question has received the consideration of this court in the case of *People* v. *Kankakee and Seneca Railroad Co.* 265 Ill. 497. For the reasons given in that case the judgment of the county court of Warren county, is affirmed.

*Judgment affirmed.*